**PARKER | SCHEER LAGOMARSINO**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
REBEKAH L. RINI, ESQ.
Nevada Bar No. 10855
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN LYNN REABE, an individual, | CASE NO.: 2:14-cv-01389-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| NAPHCARE, INC., an Alabama Corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, JAMES ZINSER, an individual; ETHEL SAJOR-SAM, an individual; MICHAEL REAVIS, an individual; KATRINA SIMEON, an individual; KATIE GIMBEL, an individual; JUDITH ROSALIN, an individual; MAITA WEBB, an individual; HOLLY CROSBY, an individual; DAVID MATHIS, an individual, RAYMOND MONDORA, an individual, TRACEY AGBOR, an individual, FREDERICK LAITA, an individual, MAUREEN MCGINTY, an individual, | |
| Defendants. | |

COMES NOW all parties by and through their respective counsel or record, and file this STIPULATION AND ORDER FOR A SETTLEMENT CONFERENCE PURSUANT TO LR 16-5.

…

…

Page 1 of 2

IT IS HEREBY STIPULATED that a settlement conference with a Magistrate Judge is requested in the above-captioned case pursuant to LR 16-5. In that regard, and if possible, it is requested that it be scheduled to take place on June 22, 26, 29 or July 13 or 14, 2015. Otherwise, it shall be scheduled at the Court's convenience.

IT IS FURTHER STIPULATED that discovery (only) shall be stayed pending a resolution of the settlement conference. If the settlement conference is unsuccessful, the parties will submit a proposed discovery plan and scheduling order within two (2) weeks after said conference.

IT IS FURTHER STIPULATED that personal appearances by Defendants are waived at the settlement conference. The Parties agree that an insurance adjustor shall be present in lieu of Defendants.

DATED this 28th day of May, 2015.                    DATED this 28th day of May, 2015.

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**           **PARKER | SCHEER LAGOMARSINO**

/s/ Seetal N. Tejura                                 /s/ Rebekah L. Rini
SEETAL N. TEJURA, ESQ. (#8284)                       ANDRE M. LAGOMARSINO, ESQ. (#6711)
7401 West Charleston Boulevard                       REBEKAH L. RINI, ESQ. (#10855)
Las Vegas, Nevada 89117                              9555 South Eastern Avenue, Suite 210
*Attorney for Defendants*                            Las Vegas, Nevada 89123
                                                     *Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED. The settlement conference is hereby scheduled for **Thursday, August 13, 2015, at 9:00 a.m.** The parties are instructed to report to the chambers of the undersigned magistrate judge, **Room 3014**, Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that the parties shall submit confidential written evaluation statements for the Court's in camera review **no later than 12:00 p.m. on Thursday, August 6, 2015**. DO NOT DELIVER OR MAIL THE STATEMENTS TO THE CLERK'S OFFICE, AND DO NOT SERVE THEM ON OPPOSING COUNSEL.

IT IS FURTHER ORDERED that the parties shall refer to, and be guided by, Local Rule 16-6(f)-(g) in drafting their confidential written evaluation statements. The parties shall also display candor in these statements to facilitate a meaningful session.

DATED: May 29, 2015

_____
United States Magistrate Judge